UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2293 RHK/JMM

| | | |
|---|---|---|
| NANCY J. MORRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| FREMONT COMMUNITY HEALTH SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the stipulation of the parties, and all the files and records in this matter, it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own costs and attorney's fees.

Dated: 10/27/00

RICHARD H. KYLE
United States District Court Judge

FILED OCT 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK